No. 194. C. E. BULLOCH ET AL. *v.* DERMOTT-COLLINS ROAD IMPROVEMENT DISTRICT ET AL. Error to the Supreme Court of the State of Arkansas. Submitted January 25, 1924. Decided May 5, 1924. *Per Curiam.* Reversed upon the authority of *Gulf, Colorado & Santa Fe Ry. Co.* v. *Dennis,* 224 U. S. 503; *Board of Public Utility Commissioners* v. *Compañia General,* 249 U. S. 425, 426, 427; *Heitmuller* v. *Stokes,* 256 U. S. 359, 362; *Atherton Mills* v. *Johnston,* 259 U. S. 13, 15–16, on the ground that the question in the case has become moot, with direction to remand to the Chancery Court of Chicot County with direction to that court to dismiss the suit without prejudice. *Mr. Joe S. Harris* for plaintiffs in error. No appearance for defendants in error.